UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2025 MAY 20 P 3:19
CLERK OF COURT

| UNITED STATES OF AMERICA, | Case No. 25-CR-098 |
|---|---|
| Plaintiff, | |
| v. | [18 U.S.C. §§ 2252A(a)(2)(A), 2252A(a)(5)(B), & 2252A(b)(2)] |
| JAMES A. CHING, | Green Bay Division |
| Defendant. | |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. On or about February 14, 2025, in the State and Eastern District of Wisconsin and elsewhere,

**JAMES A. CHING**

knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce, that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contained material that had been shipped and transported by a means and facility of interstate and foreign commerce, including by computer.

2. The child pornography distributed by the defendant included a photograph and video identified by the following time stamp:

| Time Stamp | Description |
|---|---|
| 02/14/2025 at 10:24 p.m. | This photograph appears to be a screenshot from a video. The photograph depicts a finger being |

1

|  | inserted into a prepubescent child's vagina. The child appears to be an infant or toddler. |
|---|---|

All in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

1.   On or about February 14, 2025, in the State and Eastern District of Wisconsin and elsewhere,

## JAMES A. CHING

knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce, that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contained material that had been shipped and transported by a means and facility of interstate and foreign commerce, including by computer.

2.   The child pornography distributed by the defendant included a photograph and video identified by the following time stamp:

| Time Stamp | Description |
| --- | --- |
| 02/14/2025 at 10:50 p.m. | This photograph appears to be a screenshot from a video. The photograph depicts two fingers being inserted into either the anus or vagina of a toddler. The toddler's genitals are exposed. |

All in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about March 10, 2025, in the State and Eastern District of Wisconsin,

**JAMES A. CHING**

knowingly possessed matter that contained visual depictions of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a minor who had not attained the age of 12, and which had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce, and that was produced using materials that had been mailed, shipped, and transported by a means of interstate and foreign commerce, including by computer.

2. The child pornography possessed by the defendant included files identified by the following partial file names:

| Partial File Names | Description |
|---|---|
| …0054.mp4 | This video is 54 seconds long and depicts a nude toddler with her legs spread apart, exposing her vaginal area. An adult male is holding his erect penis and penetrating the toddler's vaginal area until he ejaculates inside of the toddler. After the male removed his penis, the video zooms in on the toddler's vaginal area, which appeared to be red. |
| …4131.mov | This video is 5 seconds long and depicts an adult male ejaculating on an infant's vaginal area. |
| …9884.mov | This video is 1 minute and 17 seconds long and depicts an adult male inserting his erect penis into a young prepubescent girl. The girl is whimpering in the video, and when the male's penis is removed from her anus, it appears to be bleeding. |
| …6304.mov | This video depicts an adult male inserting his erect penis into an infant's |

4

|  | vagina and then ejaculating. The infant has a blue pacifier in her mouth. |
|---|---|

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## FORFEITURE NOTICE

Upon conviction of any count in the indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all visual depictions described in Title 18, United States Code, Sections 2252 and 2256, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2252, and shall forfeit any property, real or personal, used or intended to be used to commit or promote the commission of such offenses.

A TRUE BILL:

[signature redacted]
FOREPERSON

Dated: 5/20/2025

/s/ Richard G. Frohling
RICHARD G. FROHLING
Acting United States Attorney