# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **ARRAIGNMENT AND PLEA MINUTES** |
| **JAMES A. CHING** | Case No. **25-CR-98** |

| | |
|---|---|
| HONORABLE TIFFANY E. WOELFEL, presiding | Hearing Began: 3:34 p.m. |
| Deputy Clerk: Kyle | Hearing Ended: 3:42 p.m. |
| Hearing Held: May 27, 2025 | Tape Number: Zoom 052725 |

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Alexander Duros for Daniel Humble |
| JAMES A. CHING by: | Thomas Phillip |
| | ☒ FDS ☐ CJA ☐ RET |
| U.S. PROBATION OFFICE by: | Brian Koehler |

Defendant appears via video conference.
☒ Defendant consents to proceed via video from the Outagamie County Jail.

---

☒ Original Indictment ☐ Superseding Indictment ☐ Information ☒ Felony ☐ Misdemeanor

| | |
|---|---|
| Speedy Trial Date: 8/5/2025 | District Judge: William C. Griesbach |
| Final Pretrial Conf.: 7/16/2025 at 2:30 p.m. | Magistrate Judge: Stephen C. Dries |
| Jury Trial Date: 7/28/2025 at 8:30 a.m. | Motions Due: 6/11/2025 |
| Trial Length Estimate: 2 days | Responses Due: 6/23/2025 |
| | Replies Due: 6/30/2025 |

☒ Defendant advised of rights
☒ Court orders counsel appointed
☒ Defendant advised of charges, penalties, and fines
☒ Copy of indictment received by defendant
  ☐ document read   ☒ reading waived
☒ Not guilty plea entered by: ☒ Defendant ☐ Court

☒ Government to disclose grand jury materials one day prior to trial
☐ Oral Motion for Complex Designation
  ☐ Granted ☐ Denied
  ☐ Referred to Stephen C. Dries
☐ Case designated complex
☒ Expanded discovery policy applies

**THE COURT ORDERS** that pursuant to Federal Criminal Rule of Procedure 5(f) the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.

---

Maximum Penalties:
Counts 1 & 2 – SENT: 5 years-20 years; Fine: $250K; SR: 5 years-Life; SA: $100.00
Count 3 – SENT: 20 years; Fine: $250K; SR: 5 years-Life; SA: $100.00

---

☒ Court orders federal detainer.